IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:19-CV-0472-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. GANZALES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' unopposed motion (ECF No. 22) to modify the discovery and scheduling order. Good cause appearing, Defendants' motion shall be granted. Defendants shall have until November 21, 2020, to serve a deposition notice on Plaintiff. Defendants shall have until November 21, 2020 to file any exhaustion-based motions for summary judgment, and Defendants shall have until February 19, 2021 to file any non-exhaustion based dispositive motions.

IT IS SO ORDERED.

Dated: September 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1