IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM HOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**D. GONZALES, et al.,**<br><br>Defendants. | Case No. 2:19-cv-00472 DMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY THEIR RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court has read and considered Defendant's motion, ECF No. 25, to continue the deadline to respond to Plaintiff's merits-based motion for summary judgment until after the close of discovery. Good cause appearing, the Court grants Defendants' motion. Defendants' response to Plaintiff's merits-based motion for summary judgment shall be due by February 21, 2021, which is the current deadline for filing of any merits-based cross-motion for summary judgment by Defendants.

**IT IS SO ORDERED.**

**Dated: October 16, 2020**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1