IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM HOWELL,** | Case No. 2:19-cv-00472 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **D. GONZALES, et al.,** | |
| Defendants. | |

The Court has read and considered the Defendants' request to conduct the deposition of incarcerated individuals, including Plaintiff, by video conference. Good cause appearing, the Court grants Defendants' request. Defendants are granted leave to conduct depositions of incarcerated individuals, including Plaintiff, by video conference.

**IT IS SO ORDERED.**

Dated: October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1