**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:19-CV-0472-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. GONZALES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Defendants' motion for an extension of time to reply to Plaintiff's opposition to Defendants' motion for summary judgment. ECF No. 34. For good cause shown, the Court grants Defendants' motion. Defendants may file a reply to Plaintiff's opposition within 20 days of the date of this order.

IT IS SO ORDERED.

Dated: January 21, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1